IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BONAVITO<br><br>v.<br><br>HARVARD UNIVERSITY | No. 1 : 21-cv-11110-WGY |

## Motion to reopen litigation within the District of Massachusetts based on conclusion of the proceedings in the Court of Appeals for the Third Circuit

*Pro Se* Plaintiff Robert Bonavito respectively moves to reopen litigation within the District of Massachusetts based on the conclusion of all current litigation within the Court of Appeals for the Third Circuit.

This motion is made in accordance with the Court Order signed by Matthew A. Pain August 26, 2021

**Robert Bonavito, Pro Se**

Pro Se Robert Bonavito
1812 Front street
Scotch Plains, NJ 07076
Tel.: 908-322-7719
Fax.: 908-322-7792

*Pro Se for Plaintiff ,*
*Robert Bonavito*

- 1-

October 13, 2021

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)